# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

informedRX, Inc., a foreign corporation,

          *Plaintiff*

v.

AWPRx, LLC, a Florida corporation

          *Defendant*

Civil Action No. 6:11-CV-1734-Orl-18 KRS

## SUMMONS IN A CIVIL ACTION

To: **AWPRx, LLC**
    **By Serving Registered Agent:**
    **Hans Kennon, Esquire**
    **Morgan & Morgan**
    **20 N. Orange Avenue**
    **Orlando, FL 32801**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Douglas B. Brown
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue
Post Office Box 1873
Orlando, Florida 32802-1873
Telephone: (407) 872-7300
Telecopier: (407) 841-2133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: October 28, 2011

*Signature of Clerk or Deputy Clerk*