# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

InformedRX, Inc., a foreign corporation,

    Plaintiff,

Case No.: 6:11-cv-1734-Orl-22KRS

v.

AWPRx LLC, a Florida corporation,

    Defendant.
_____/

## WAIVER OF THE SERVICE OF SUMMONS

To: Hans Kennon, Esquire

I have received your request to waive service of summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from January 20, 2012, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

2-1-2012
Date

_[signature]_
Signature