# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**informedRX, Inc.,** a foreign corporation,

    Plaintiff,

v.

**AWPRx LLC,** a Florida corporation,

    Defendant/Third-Party Plaintiff,

v.

**MELISSA MCLAUGHLIN,**

    Third-Party Defendant.

Case No. 6:11-cv-1734-ORL-22KRS

**JURY TRIAL DEMANDED**

## NOTICE OF APPEARANCE

The law firm of HILL, RUGH, KELLER & MAIN, P.L. and Christopher T. Hill, Esquire enter this appearance in this cause as counsel for Third-Party Defendant, MELISSA MCLAUGHLIN**,** and requests the Court and all parties hereto to take notice of same.

March 8th, 2012

Respectfully submitted,

HILL, RUGH, KELLER & MAIN, P.L.

*/s/ Christopher T. Hill*
CHRISTOPHER T. HILL
Florida Bar No. 0868371
390 North Orange Avenue, Suite 1610
Post Office Box 2311
Orlando, Florida 32802-2311
(407) 926-7460
(407) 926-7461 facsimile
chill@hrkmlaw.com

*Attorneys for Melissa McLaughlin*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on March 8th, 2012 to the following counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system and any other:

Douglas Brown, Esq., Rumberger, Kirk & Caldwell, P.A., Lincoln Plaza, Suite 1400, 300 South Orange Ave., Orlando, FL 32802, dbrown@rumberger.com, Susan G. Feibus, Esq., Ungaretti & Harris, LLP, 3500 Three First National Plaza, Chicago IL 60602, fthecht@uhlaw.com, Paul E. Davenport, Esq., Lombardi, Walsh, Wakeman, Harrison, Amodeo & Davenport, P.C., III Winners Circle, Suite 200, Albany, NY 12205, ped@lrwhlaw.com, Hans Kennon, Esq., Morgan & Morgan, P.A., 20 N. Orange Avenue, 4th Floor, P.O. Box 4979, Orlando, FL 32802-4979, hkennon@forthepeople.com.

*/s/ Christopher T. Hill*
CHRISTOPHER T. HILL
CHRISTOPHER T. HILL
Florida Bar No. 0868371
390 North Orange Avenue, Suite 1610
Post Office Box 2311
Orlando, Florida 32802-2311
(407) 926-7460
(407) 926-7461 facsimile
chill@hrkmlaw.com

*Attorneys for Melissa McLaughlin*